United States District Court
Southern District of Texas
**ENTERED**
April 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Raymi Chatman**<br>    Plaintiff,<br><br>VS.<br><br>**Caine & Weiner Company, Inc.**<br>Defendant. | §<br>§<br>§  CIVIL ACTION NO. **4:24-cv-00077**<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed March 29, 2024 (DOC # 6), this case is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Signed on April 3, 2024.

_____
Alfred H. Bennett
United States District Judge